ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ANDREW MAINARDI (NYBN 5431697)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 788-3509
    Facsimile: (415) 436-7234
    E-mail: andrew.mainardi@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILLIPE BACHMANN, ET AL, <br>               Plaintiffs, <br> v. <br> UNITED STATES, <br>               Defendant. | No. 4:22-cv-6250-DMR (PHK) <br><br> **STIPULATION TO SUSPEND CASE SCHEDULE; ORDER (AS MODIFIED)** |

Plaintiffs and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

WHEREAS, Plaintiffs filed the operative Amended Complaint on March 3, 2023. Dkt. No. 28;

WHEREAS, this Court ordered the following initial case schedule on May 3, 2023. Dkt. No. 35.

| | |
|---|---|
| Fact Discovery Cutoff | June 7, 2024 |
| Initial Expert Reports Due | June 7, 2024 |
| Rebuttal Expert Reports Due | June 21, 2024 |
| Mediation Cutoff | September 10, 2024 |

STIPULATION TO SUSPEND CASE SCHEDULE; ORDER (AS MODIFIED)
Case No.: 4:22-cv-6250-DMR

| Expert Discovery Cutoff | September 10, 2024 |
|---|---|
| Daubert/Dispositive Motion Hearing Deadline | October 10, 2024 |
| Pre-Trial Filings | November 29, 2024 |
| Pre-Trial Objections | December 9, 2024 |
| Pre-trial conference | December 18, 2024 |
| Trial | January 6-10, 2025 |
|  |  |

WHEREAS, this Court granted in part the Parties' stipulated request to extend the case schedule on May 1, 2024 and the following schedule in its Amended Case Management Order. Dkt. Nos. 42-44;

| Fact Discovery Cutoff | February 11, 2025 |
|---|---|
| Initial Expert Reports Due | February 11, 2025 |
| Rebuttal Expert Reports Due | February 25, 2025 |
| Mediation Cutoff | November 30, 2024 |
| Expert Discovery Cutoff | March 11, 2025 |
| Daubert/Dispositive Motion Hearing Deadline | April 10, 2025 |
| Pre-Trial Filings | June 6, 2025 |
| Pre-Trial Objections | June 16, 2025 |
| Pre-trial conference | June 25, 2025 at 2:00 p.m. |
| Trial | July 7, 2025 |

WHEREAS this Court referred this matter for a settlement conference before Magistrate Judge Peter Kang. At Judge Kang's behest, the Parties jointly requested a settlement conference date of May 6, 2025 at 1:00 p.m., which this Court granted on August 19, 2024. Dkt. Nos. 49, 50;

WHEREAS, on November 1, 2024, Plaintiffs filed a Motion Seeking Leave to File a Second Amended Complaint to include two additional Defendants in this matter. Defendant United States did

not oppose this motion, which is set for a hearing on January 31, 2025 at 1:00 p.m. Dkt. Nos. 54-56;

WHEREAS, on November 25, 2025, the Court granted the Parties' stipulated request to continue the Further Case Management scheduled for December 4, 2024 at 1:30 p.m. to ~~February 19, 2025~~ **March 5, 2025** at 1:30 p.m. while Plaintiffs' motion seeking leave to amend is pending. Dkt. Nos. 57, 58;

WHEREAS, there have been no other requests for time modifications in this case;

WHEREAS, in light of the substantial impact this Court's decision on Plaintiffs' pending motion seeking leave to amend will have on the Parties' litigation posture and discovery and the proximity of the current motion hearing date with critical fact discovery and expert disclosure cutoffs in this case;

THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that this stay or suspend the current case schedule as of November 1, 2024, the date on which Plaintiffs filed their pending motion, until such time that the Court decides the motion and makes a determination as to if and when additional parties will be joined.

Respectfully submitted,

DATED: December 20, 2024         Coopers Law, LLP

  /s/Andrea Posey*
ANDREA POSEY

Attorneys for Plaintiffs

DATED: December 20, 2024         ISMAIL J. RAMSEY
United States Attorney

  /s/ Andrew Mainardi
BY: ANNDREW MAINARDI
Assistant United States Attorney

Attorneys for Defendant

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION TO SUSPEND CASE SCHEDULE; ORDER (AS MODIFIED)
Case No.: 4:22-cv-6250-DMR

**ORDER (AS MODIFIED)**

The above STIPULATION is approved for this case and the dates set forth in the Court's Amended Case Management Order dated May 1, 2024 are hereby SUSPENDED as of November 1, 2024 until Plaintiffs' pending motion seeking leave to file a Second Amended Complaint is decided. The parties shall propose a new case schedule in their next joint case management conference statement due on February 26, 2025.

IT IS SO ORDERED AS MODIFIED.

Dated: January 2, 2025

_____
DONNA M. RYU
Chief Magistrate Judge