**MARYANNE B. COOPER, SBN215563**
**MILES B. COOPER, SBN209085**
**ANDREA G. POSEY, SBN282540**
**COOPERS LLP**
2261 Market Street #330
San Francisco, California 94114
Telephone: 415-434-2111
Facsimile:  415-434-2112
SBA@coopers.law

Attorneys for Plaintiffs, PHILIPPE BACHMANN,
MEGAN BACHMANN, and minors J.B. and H.B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>PHILIPPE BACHMANN, MEGAN BACHMANN, J.B., a minor, by his guardian ad litem MEGAN BACHMANN, and H.B., a minor, by her guardian ad litem MEGAN BACHMANN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, BURLESON CONSULTING, INC., AND HTA SCIENCE & ENGINEERING, INC.,<br><br>Defendants.</td><td>Case No. 4:22-cv-06250-ASK<br><br>*Assigned to Magistrate Judge Ajay S. Krishnan*<br><br>**UPDATED JOINT STIPULATION REGARDING DISPOSITIVE MOTION DEADLINES AND HEARING; ORDER (AS MODIFIED)**<br><br>Case filed: October 20, 2022<br><br>Trial date: April 13, 2026</td></tr>
</table>

The parties to the above-entitled action jointly submit this JOINT STIPULATION & PROPOSED ORDER concerning deadlines for responses, reply, and hearing in regard to Defendant UNITED STATES OF AMERICA's Motion to Dismiss for Lack of Subject Matter Jurisdiction. ECF No. 96. This joint stipulation is made pursuant to the commentary provided under Rule 7-2 of this Court's Local Rules.

Currently pending before this Court is a joint discovery dispute letter. ECF No. 100. Plaintiffs contend the discovery dispute letter concerns documents and

UPDATED JOINT STIPULATION REGARDING DISPOSITIVE MOTION DEADLINES AND
HEARING; ORDER (AS MODIFIED)
Case No. 22-cv-6250-ASK

information that they will require to dispute Defendant United States of America's Motion to Dismiss. The United States disagrees that the documents at issue in the discovery dispute letter are relevant to Plaintiffs' claims and contends that they have no bearing on the pending motion to dismiss. Nevertheless, in the interest of compromise, the United States is agreeable to staying the deadline for responses and replies.

THE PARTIES HEREBY STIPULATE AND REQUEST, that the response, reply, and hearing deadlines and dates for Defendant UNITED STATES OF AMERICA's Motion to Dismiss are vacated. After the Court issues a decision on the pending discovery dispute letter, the parties will submit a stipulated briefing schedule for the Court's consideration.

Respectfully submitted,

DATED:  January 23, 2026          COOPERS LLP


                                 By:_____
                                     Andrea G. Posey
                                     Attorneys for Plaintiffs
                                     PHILIPPE BACHMANN, MEGAN
                                     BACHMANN, and minors J.B. and
                                     H.B.

DATED: January 23, 2026           CRAIG H. MISSAKIAN
                                  United States Attorney


                                 By:_____
                                     Jevechius D. Bernardoni
                                     Attorneys for Defendant USA

-2-

UPDATED JOINT STIPULATION REGARDING DISPOSITIVE MOTION DEADLINES AND HEARING; ORDER (AS MODIFIED)
Case No. 22-cv-6250-ASK

DATED: January 23, 2026            WILSON ELSER MOSKOWITZ,
                                   EDELMAN & DICKER LLP


By:_____
    DERRICK S. LOWE
    Attorneys for Defendant HTA
    SCIENCE & ENGINEERING. INC.


DATED: January 23, 2026            TRESSLER LLP


By:_____
    RENA G. SERA
    Attorneys for Defendant BURLESON
    CONSULTING. INC

-3-
UPDATED JOINT STIPULATION REGARDING DISPOSITIVE MOTION DEADLINES AND
HEARING; ORDER (AS MODIFIED)
Case No. 22-cv-6250-ASK

**ORDER (AS MODIFIED)**

The above STIPULATION is approved. The deadlines for the response and reply to Defendant UNITED STATES OF AMERICA's Motion to Dismiss, and the corresponding hearing date, are hereby vacated.  Within seven days after the Court issues a decision on the pending discovery dispute letter, the parties must submit a stipulated briefing schedule for the Court's consideration.

IT IS SO ORDERED.

Dated:  January 23, 2026

_____

Hon. Ajay S. Krishnan
United States Magistrate Judge

-4-

UPDATED JOINT STIPULATION REGARDING DISPOSITIVE MOTION DEADLINES AND HEARING; ORDER (AS MODIFIED)
Case No. 22-cv-6250-ASK