UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE BACHMANN, et al., | Case No. 22-cv-06250-ASK |
| Plaintiffs, | |
| v. | **ORDER GRANTING BURLESON CONSULTING, INC.'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | Re: Dkt. Nos. 94, 99 |

Defendant Burleson Consulting, Inc. ("Burleson") has moved for summary judgment under Federal Rule of Civil Procedure 56 ("Rule 56"). Dkt. No. 94. Plaintiffs Phillipe Bachmann; Megan Bachmann; J.B., a minor, by his guardian ad litem, Megan Bachmann; and H.B., a minor, by her guardian ad litem, Megan Bachmann (collectively, "Plaintiffs") have submitted a non-opposition to Burleson's motion. Dkt. No. 99.

Rule 56(e) permits a district court to enter summary judgment against a party who fails to oppose issues raised in a motion for summary judgment if such a motion adequately contends that there are no triable issues of fact and such contention is unopposed. Fed. R. Civ. P. 56(e); *Scarff v. Intuit, Inc.*, 318 F. App'x 483, 486 (9th Cir. 2008) (citation omitted). The Court finds that these conditions are satisfied here and grants Burleson's motion.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California