UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE BACHMANN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-cv-06250-ASK<br><br>**ORDER GRANTING HTA SCIENCE & ENGINEERING, INC.'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 109, 112 |

Defendant HTA Science & Engineering, Inc. ("HTA") has moved for summary judgment under Federal Rule of Civil Procedure 56 ("Rule 56"). Dkt. No. 109. Plaintiffs Phillipe Bachmann; Megan Bachmann; J.B., a minor, by his guardian ad litem, Megan Bachmann; and H.B., a minor, by her guardian ad litem, Megan Bachmann (collectively, "Plaintiffs") have submitted a non-opposition to HTA's motion. Dkt. No. 112.

Rule 56(e) permits a district court to enter summary judgment against a party who fails to oppose issues raised in a motion for summary judgment if such a motion adequately contends that there are no triable issues of fact and such contention is unopposed. Fed. R. Civ. P. 56(e); *Scarff v. Intuit, Inc.*, 318 F. App'x 483, 486 (9th Cir. 2008) (citation omitted). The Court finds that these conditions are satisfied here and grants HTA's motion.

That said, this is now the second unopposed motion for summary judgment by a defendant in this case. *See* Dkt. Nos. 94, 99, 108. The Court's expectation—per Federal Rule of Civil Procedure 1—is that if a defendant has an unopposed basis for being dismissed from the case, then the parties would meet and confer about that basis and would agree to dismiss that defendant by stipulation. The Court is concerned as to why that did not occur here (while nevertheless recognizing that valid reasons may exist). Accordingly, the Court requests that HTA (if it so wishes), Burleson Consulting (if it is still monitoring the docket and so wishes), and Plaintiffs

United States District Court
Northern District of California

United States District Court
Northern District of California

each address this concern no later than March 2, 2026, with each party's submission[1] limited to a half-page in length.

**IT IS SO ORDERED.**

Dated: February 26, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge

---

[1] The Court anticipates that each party will file a separate submission.

2